RECOVERY ALLIANCE, INC. *v.* DEPARTMENT OF REVENUE SERVICES, DIVISION OF SPECIAL REVENUE
(12361)

FOTI, HENNESSY and CRETELLA, Js.

Argued September 29—decision released October 18, 1994

*Francis W. Benner,* for the appellant-appellee (plaintiff).

*Richard M. Sheridan,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, for the appellee-appellant (defendant).

PER CURIAM. The judgment is affirmed.